UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 17-cv-22417-KMW

PRECIOUS DENNIS,

        Plaintiff,

v.

FLORIDA DEPARTMENT OF CORRECTIONS (*et al.*),

        Defendants.

## JOINT CONFERENCE REPORT

The Parties, through their undersigned attorneys, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1(b) of the Local Rules of the United States District Court for the Southern District of Florida, file this Joint Scheduling Report.

**(A)** **Likelihood of settlement:**

Parties will explore the likelihood of settlement and engage in settlement talks throughout litigation.

**(B)** **Likelihood of appearance of additional parties:**

The parties do not foresee the appearance of additional parties.

**(C)** **Proposed limits on the time:**

    i.      To amend the pleadings and join additional parties – **December 18, 2017**.

    ii.     To file and hear dispositive motions – **July 23, 2018**.

    iii.    To complete all discovery, including expert – **May 21, 2018**.

**(D)   Proposals for simplification of issues including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment:**

At this time, the Parties do not have any proposals for the formulation and simplification of issues. Counsel will meet before Pre-Trial Conference to discuss any simplification of issues or proposals for formulation of issues. The Parties propose that motions for dispositive motions including summary judgment be filed by **June 20, 2018**.

**(E)   Necessity or desirability of amendments to the pleadings:**

Undetermined at this time whether complaint will be amended.

**(F)   Possibility of obtaining admissions of facts and documents, ESI or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, ESI or things, and the need for advance rulings from the Court on admissibility of evidence:**

Counsel will meet after discovery cut-off to discuss stipulations. The Parties will strive to stipulate to facts and the authenticity of documents and electronically stored information. Should this matter go to trial, there may be the need for advance rulings from the Court on the admissibility of evidence. Such matters will be addressed with the Court via Motions in Limine. The Parties have agreed to service of discovery by email.

**(G)   Suggestions for avoidance of unnecessary proof and cumulative evidence:**

At this time, the Parties have no suggestions for the avoidance of unnecessary proof and of cumulative evidence, but will cooperate to reach agreement on such issues.

**(H)   Suggestions on advisability of referring matters to Magistrate Judge of master:**

The Parties reserve the right to determine at a later date whether to consent to referral of matters to the magistrate.

17-cv-22417-KMW

**(I)**     **Estimate of time required for trial:**

The Parties estimate trial will last four (4) to five (5) days.

**(J)**     **Requested dates for conferences before trial, final pretrial conference, and trial:**

a.     Trial – **September 10, 2018**.

b.     Pre-trial Conference – **August 27, 2018**.

c.     Joint Pre-trial Stipulation – **August 15, 2018**.

d.     Motion in Limine deadline – **August 10, 2018**.

e.     Completion of Mediation by **July 23, 2018**.

**(K)**     **Other information that might be helpful to the Court:**

None at this time.

Dated this 3rd day of September, 2017.

Respectfully submitted,

| | |
|---|---|
| _/s/ Vanessa Steelman, Esq_<br>Vanessa Steelman, Esq. (FL Bar No. 0125587)<br>Saenz & Anderson, PLLC<br>20900 NE 30th Avenue<br>Aventura, FL 33180<br>Attorney for Plaintiff<br>Phone: 305-503-5131<br>Fax: 888-270-5549<br>Email: msaenz@saenzanderson.com<br>*Attorney for Plaintiff* | _/s/ Oscar E. Marrero_____<br>OSCAR E. MARRERO<br>F.B.: 372714<br>oem@marrerolegal.com<br>LOURDES E. WYDLER<br>F.B.: 719811<br>lew@marrerolegal.com<br>ALEXANDRA C. HAYES<br>F.B.: 109482<br>ach@marrerolegal.com<br>*Attorneys for Defendant* |